

**FAGA HLADKI** LLP

222 Bloomingdale Road
Suite 202
White Plains, New York 10605
Office: 914-358-1373
Fax: 914-358-1381
www.attorneyswestchester.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/07/2025
```

**VIA ECF**

January 6, 2025

Hon. Robert W. Lehrburger
Unites States Courthouse
500 Pearl Street
New York, NY 10007

    Re: 24-cv-09405-JMF
    Gonzalez v. J&G Italian Restaurant Corp.

Dear Honorable Sir:

  I am counsel for the defendants herein. I write to request an adjournment of the conference scheduled for tomorrow. My mother's doctor has adjusted her status to "comfort care", as she has reached end of life. I do not have another attorney to appear in my place.

  I apologize for any inconvenience caused by this late notice and thank the Court for its consideration.

            Very truly yours,

            *Kevin B. Faga*
            Kevin B. Faga, Esq.

cc: Michael S. Samuel, via email and ECF

  The request is granted; the Court will reschedule the conference. The Court extends its sympathies to counsel and his family. Counsel is reminded that any future application for an adjournment should contain the information required by Judge Lehrburger's rules, should propose a new date or time frame for a rescheduled conference, and should indicate whether opposing counsel has consented.

      SO ORDERED:

      01/07/2025 _____

      HON. ROBERT W. LEHRBURGER
      UNITED STATES MAGISTRATE JUDGE