UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
:
EDUARDO GONZALEZ,                              :
:
                          Plaintiff,           :
:                          24-CV-9405 (JMF)
            -v-                                :
:                          ORDER
J&G ITALIAN RESTAURANT CORP. et al.,           :
:
                          Defendants.          :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

By letter filed March 11, 2025, *see* ECF No. 15, the Court has been advised that the parties in this action, brought pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, have reached a settlement in principle. The letter is addressed to Magistrate Judge Lehrburger, who presided over a settlement conference, but the matter is referred to him only for settlement purposes. The parties should promptly discuss whether to consent to proceed before Magistrate Judge Lehrburger for all purposes, in which case he could and would decide whether to approve the settlement. If all parties consent to proceed before him, they should file a fully executed version of the consent form (available at http://nysd.uscourts.gov/node/754) on the docket on or before **March 17, 2025**.

The pretrial conference scheduled for March 26, 2025, *see* ECF No. 5, along with all pending deadlines in this case, are adjourned *sine die*.

SO ORDERED.

Dated: March 12, 2025
        New York, New York

_____
JESSE M. FURMAN
United States District Judge