```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
EDUARDO GONZALEZ,                                            :
                                                             :    24-CV-9405 (RWL)
                              Plaintiff,                     :
                                                             :
         - against -                                         :    ORDER
                                                             :
                                                             :
J&G ITALIAN RESTAURANT CORP. et al.,                         :
                                                             :
                              Defendants.                    :
                                                             :
-------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court has reviewed the settlement agreement submitted by the parties for approval. The letter seeking approval characterizes the release as limited to wage and hour claims. Section 4 titled Release Of Claims By Plaintiff is consistent with that statement. However, Section 5, titled No Further Claims, states that Plaintiff will not make any further claim or "in any way related to his employment," which does not seem consistent with the release. The end of the sentence refers to the "matters released herein"; but that qualification appears to qualify only the second clause following the first clause referring to "in any way related to his employment." Accordingly, the parties may proceed by either (i) filing, by **March 28, 2025**, a revised settlement agreement that eliminates the seeming inconsistency, or (ii) filing a letter, by **March 20, 2025**, explaining, and supported with legal authority, why the "No Further Claims" section as written may be approved as is.

1

2

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 14, 2025
       New York, New York

Copies transmitted this date to all counsel of record.