```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EDUARDO GONZALEZ,                               :
                                                :   24-CV-9405 (RWL)
                    Plaintiff,                  :
                                                :
         - against -                            :   ORDER
                                                :
                                                :
J&G ITALIAN RESTAURANT CORP. et al.,            :
                                                :
                    Defendants.                 :
                                                :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On March 14, 2025 (Dkt. 20), the Court issued an order requiring the parties to either (i) file, by March 28, 2025, a revised settlement agreement that eliminated the seeming inconsistency in release language, or (ii) file a letter, by March 20, 2025, explaining, and supported with legal authority, why the "No Further Claims" section as written may be approved as is. The parties have not filed either. Accordingly, by May 15, 2025, the parties shall file a letter reporting on status.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 9, 2025
      New York, New York

Copies transmitted this date to all counsel of record.

1